# United States District Court
## Northern District of Indiana
## Hammond Division

UNITED STATES OF AMERICA

v.                                                    Case No. 2:19-CR-93 JVB

ERNEST SHED

## ORDER

This matter is before the Court on the findings and recommendations of the Magistrate

Judge entered on August 27, 2019, on a plea of guilty by Defendant Ernest Shed (DE 6).  No

objections have been filed to Magistrate Judge Martin's findings and recommendations.

Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the

guilty plea of Ernest Shed, and **FINDS** the Defendant guilty of the offense charged in Count 1 of

the information.

        SO ORDERED on September 13, 2019.

                                        s/ Joseph S. Van Bokkelen
                                        Joseph S. Van Bokkelen
                                        United States District Judge